No. 05–8091. BELL *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 05–8095. SPOTTSVILLE *v.* RAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–8096. KIMBROUGH *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 05–8100. BISHOP *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–8105. MCLAUGHLIN *v.* MCBRIDE, WARDEN. Cir. Ct. Greenbriar County, W. Va. Certiorari denied.

No. 05–8108. GIBBONS *v.* TWIGG ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–8110. FROST *v.* ILLES. C. A. 4th Cir. Certiorari denied.

No. 05–8111. SEXTON *v.* MYERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–8112. ARCEO *v.* CAREY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–8113. DE MELO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 05–8116. HAMPTON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 05–8117. HENDERSON *v.* DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–8118. GRIGGS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 05–8121. HURLEY *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.